IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANDON HARPER, | Civil Action |
| Plaintiff, | No. 23-2013 |
| v. | |
| BELLE VERNON ENTRANCE DOOR & WINDOW COMPANY, | Judge Ranjan |
| Defendant. | JURY TRIAL DEMANDED |

### MOTION FOR DEFAULT JUDGMENT AND
### MOTION TO REQUEST A HEARING TO DETERMINE DAMAGES

Plaintiff, Landon Harper, by undersigned counsel and pursuant to Fed.R.Civ.P. 55(a), files the Motion for Default Judgement and Motion to Request hearing to determine damages, and in support avers as follows:

1. Plaintiff filed his original Complaint in this matter on November 21, 2023.

2. On February 5, 2024, Plaintiff served a copy of the Complaint and Summons personally upon Belle Vernon Entrance Windows and Doors pursuant to Fed.R.Civ.P. 4(h)(1)(B), at Defendant's location of: 1119 Broad Avenue, Belle Vernon, PA 15012.

3. On February 8, 2024 Plaintiff's Counsel filed the executed Summons indicating Defendant was personally served on February 5, 20224. Therefore, pursuant to Fed.R.Civ.P. 4(h)(1)(B) Defendant was served. See (Doc. No. 3).

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's Answer was due on February 26, 2024, 21 days after service of the Summons and Complaint.

5. Defendant did not file an Answer or other responsive pleading.

6. On March 6, 2024, Plaintiff filed a Request to Enter Default with the Clerk. (Doc. No. 4).

1

7.  On March 8, 2024, the Clerk entered a Default Order against Defendant. (Doc. No. 5).

8.  A hearing is necessary to determine damages for a Default Judgment.

9.  Pursuant to Fed. R. Civ. P. 55(b)(2) Plaintiff requests a hearing be set on the determination of damages.

WHEREFORE, Plaintiff pursuant to Fed. R. Civ. P. 55(b)(2), respectfully requests the Court set a hearing for determination of damages so a Default Judgment may be entered against the Defendant, in an amount determined in the hearing.

Respectfully submitted,

**Edgar Snyder & Associates**

/s/ *John E. Black, III*
John E. Black, III
Pa.I.D. #83727
US Steel Tower, 10th Floor
600 Grant Street
Pittsburgh, PA  15219
(412) 394-4446
jblack@edgarsnyder.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANDON HARPER, | Civil Action |
| Plaintiff, | No. 23-2013 |
| v. | |
| BELLE VERNON ENTRANCE DOOR & WINDOW COMPANY, | Judge Ranjan |
| Defendant. | JURY TRIAL DEMANDED |

## AFFIDAVIT

1. I am the Plaintiff's attorney in this matter.

2. Defendant in this matter is not a minor.

3. To the best of my knowledge, Defendant is not incompetent or in military service.

4. Defendant was not incompetent or in military service at the time of the filing of the complaint.

/s/ *John E. Black, III*
John E. Black, III

**CERTIFICATE OF SERVICE**

I hereby certify on this 26th day of June, 2024, I served a copy of ***Motion for Default Judgment and a Hearing to Determine Damages***, via first class mail, postage prepaid, upon the following:

Belle Vernon Entrance Doors & Windows
1119 Broad Avenue
Belle Vernon, PA 15012

/s/ *John E. Black, III*
John E. Black, III