IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANDON HARPER, | ) |
| | ) |
| Plaintiff, | ) 2:23-CV-2013 |
| | ) |
| v. | ) |
| | ) |
| BELLE VERNON ENTRANCE DOOR & WINDOW COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF DEFAULT JUDGMENT

AND NOW, this 27th day of June, 2024, pursuant to Fed. R. Civ. P. 55(b)(2), default judgment is hereby entered in favor of Plaintiff, Landon Harper, and against Belle Vernon Door & Window Company, in an amount to be determined at a video hearing set for **August 12, 2024 at 10:00 a.m.** before Judge J. Nicholas Ranjan. The Court will e-mail Plaintiff's counsel prior to the hearing date with details for accessing the video conference.

IT IS FURTHER ORDERED that Plaintiff's counsel shall serve a copy of this Order, as well as the videoconference invitation once received, on Defendant via U.S. mail.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge