IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANDON HARPER, | ) |
|       Plaintiff, | ) 2:23-CV-2013 |
| v. | ) |
| BELLE VERNON ENTRANCE DOOR & WINDOW COMPANY, | ) |
|       Defendant. | ) |

**FINAL JUDGMENT**

Upon consideration of the testimony and evidence submitted on the record at the video damages hearing held on August 13, 2024, the Court awards Plaintiff $7,237.71 in backpay and $7,500 in compensatory damages.

Default judgment having previously been entered against Defendant (ECF 7), final judgment is hereby entered in favor of Plaintiff Landon Harper and against Defendant Belle Vernon Entrance Door & Window Company in the total amount of $14,737.71.

As discussed at the damages hearing, the Court will entertain an attorneys' fee petition from Plaintiff upon entry of this Judgment. Plaintiff's counsel shall serve a copy of this Judgment upon Defendant by U.S. mail.

Dated: August 13, 2024                BY THE COURT:

                                                                   /s/ J. Nicholas Ranjan
                                                                   United States District Judge